[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 503.]

THE STATE EX REL. FREIBERG, APPELLANT, *v*. KELLY SERVICES, INC. ET AL.,
APPELLEES.

[Cite as *State ex rel. Freiberg v. Kelly Serv., Inc.*, 2000-Ohio-388.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-2690—Submitted April 10, 2000—Decided May 24, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD11-1470.

_____

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy*, for appellant.

*Buckingham, Doolittle & Burroughs, L.L.P.,* and *George H. Rosin*, for appellee Kelly Services, Inc.

*Betty D. Montgomery*, Attorney General, and *Jon D. Grandon*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

_____